UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTAL SUE COX,<br><br>    Defendant. | Case No. 2:21-cr-00318-JAD-VCF<br><br>**ORDER** |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, September 27, 2022 at 11:00 a.m., be vacated and continued to November 21, 2022, at 2:00 p.m.

    DATED this 20th day of September, 2022.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE