# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL SUE COX,<br><br>    Defendant. | Case No. 2:21-cr-00318-JAD-VCF<br><br>**ORDER**<br><br><br>ECF No. 21 |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, November 22, 2022 at 2:00 p.m., be vacated and continued to December 8, 2022, at 1:30 p.m.

DATED this 22nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE