# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CRYSTAL SUE COX,<br><br>    Defendant. | Case No. 2:21-cr-318-JAD-VCF<br><br>ORDER<br><br>ECF No. 24 |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the status hearing in the above-captioned matter, previously scheduled for February 6, 2023, at 1:30 p.m. is vacated and continued until March 13, 2023, at 2:00 p.m.

Dated this 3rd day of February, 2023.

By: _____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE