UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRYSTAL SUE COX,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00318-JAD-VCF<br><br>**ORDER**<br><br><br>**ECF No. 42** |

　　Based on the parties' stipulation, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 11, 2023 at 10:30 a.m., be vacated and continued to November 28, 2023, at 2:30 p.m.

　　DATED this 10th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE